474 A.2d 667

Commonwealth v. Benjamin, Appellant.

Petition for Allowance of Appeal
Denied Oct. 9, 1984.

Submitted October 7, 1983. Harry C.J. Blair, for appellant; Domenic P. Sbrocchi, Assistant District Attorney for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.